■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN BROWN, Appellant.—Judgment unanimously modified

on the law and as modified affirmed, and matter remitted to Oneida County Court for resentencing, in accordance with the following memorandum: Defendant was convicted of eight counts of assault in the second degree and one count of attempted assault in the second degree, and was sentenced as a persistent violent felony offender to concurrent indeterminate terms of 10 years to life on each count. We disagree with his contention on appeal that his sentence was harsh and excessive; however, because attempted assault in the second degree is not a violent felony offense (see, Penal Law § 70.02 [1] [a]-[d]), we find *sua sponte* that defendant's sentence on that count is illegal (see, Penal Law § 70.08). Thus, resentencing on that count is required.

We have examined defendant's remaining issues on appeal, including his *pro se* issues, and find them to be lacking in merit. (Appeal from judgment of Oneida County Court, Buckley, J.— assault, second degree.) Present—Denman, J. P., Boomer, Pine, Balio and Lawton, JJ.